UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAUHJA VASHAD COLEMAN | CIVIL ACTION NO. 19-cv-1106 |
| VERSUS | JUDGE DRELL |
| NORTHWESTERN STATE UNIVERSITY, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having conducted a *de novo* review of the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (Doc. 27) is granted as follows: all claims against Northwestern State University or the Board of Supervisors for the University of Louisiana System are dismissed without prejudice for lack of subject matter jurisdiction, and all claims against Officer Jared Hamblin are dismissed with prejudice based on qualified immunity.

It is also noteworthy that Plaintiff's counsel contends in his opposition that a video of the incident exists but he failed to produce a copy of the same. Accordingly, the court can only conclude that the video would not be advantageous to Plaintiff's position.

THUS DONE AND SIGNED this 23rd day of June 2020, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE